# **EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-017-645**

Effective date of registration:

April 27, 2009

---

### Title
- **Title of Work:** Grecco Photography 1/25/09 to 4/19/09
- **Nature of Work:** Photographs

### Completion/ Publication
- **Year of Completion:** 2009

### Author
- **Author:** Michael Grecco Photography, Inc.
- **Author Created:** Photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** Yes    **Pseudonymous:** No

### Copyright claimant
- **Copyright Claimant:** Michael Grecco Photography, Inc.
  1701 Pier Avenue, Santa Monica, CA 90405

### Limitation of copyright claim
- **Previously registered:** No

### Certification
- **Name:** Michael Grecco
- **Date:** April 19, 2009

---

- **Correspondence:** Yes

Registration #:   VAU001017645

Service Request #:   1-224116489

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

