**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MICHAEL GRECCO PRODUCTIONS, INC.,

   Plaintiff,

   v.

DAN DASILVA,

   Defendants.

**Case No.: 8:16-cv-03434-MSS-AEP**

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Michael Grecco Productions, Inc. (a non-governmental corporate party), states that there is no corporate parent and no publicly traded corporation that is a shareholder of Michael Grecco Productions, Inc.

Dated: December 19, 2016

Respectfully submitted,

DUANE MORRIS LLP

By:   s/Karen C. Kline
      Karen C. Kline
      Florida Bar No. 059998
      5100 Town Center Circle, Suite 650
      Boca Raton, FL 33486
      Telephone: (561) 962-2132
      Facsimile: (305) 397 2248
      Email: KCKline@duanemorris.com

      Steven M. Cowley
      (*Pro Hac Vice to be submitted*)
      100 High Street, Suite 2400
      Boston, MA 02110-1724
      Telephone: (857) 488-4261
      Facsimile: (857) 401-3090
      Email: SMCowley@duanemorris.com
      *Attorneys for Plaintiff Michael Grecco Productions, Inc.*