# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**MICHAEL GRECCO PRODUCTIONS, INC.,**

    **Plaintiff,**

v.                                                                  Case No: 8:16-cv-3434-T-35AEP

**DAN DASILVA,**

    **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Closed – Michael Grecco Productions, Inc. v. Avia Essentials, LLC dba Only Sierra, United States District Court for the Northern District of California, San Francisco Division, Case No. 3:16-cv-04937

Pending – Michael Grecco Productions, Inc. v. Daniel Alan Bismark-Pettit (a/k/a Daniel Alan Bismark) d/b/a Tradingpoststore.com, United Stated District Court for the Northern District of California, San Francisco Division, Case No. 3:16-cv-04939

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

   I further certify that I have served a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party concurrently with this filing.

Dated: March 30, 2017   Respectfully Submitted,

           DUANE MORRIS LLP

           By: s/Karen C. Kline
              Karen C. Kline
              Florida Bar No. 059998
              5100 Town Center Circle, Suite 650
              Boca Raton, FL  33486
              Telephone: (561) 962-2132
              Facsimile: (305) 397 2248
              Email: KCKline@duanemorris.com

              Steven M. Cowley
              (*Pro Hac Vice to be submitted*)
              100 High Street, Suite 2400
              Boston, MA 02110-1724
              Telephone: (857) 488-4261
              Facsimile: (857) 401-3090
              Email: SMCowley@duanemorris.com
              *Attorneys for Plaintiff Michael Grecco Productions, Inc.*