# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MICHAEL GRECCO PRODUCTIONS, INC.,**

    **Plaintiff,**                              of Case No.: 8:16-cv-03434-MSS-AEP

v.

**DAN DASILVA,**

    **Defendant.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Closed - Michael Grecco Productions, Inc. v. Avia Essentials, LLC d/b/a Only Sierra, United States District Court for the Northern District of California, San Francisco Division, Case No.: 3:16-cv- 04937

Pending – Michael Grecco Productions, Inc. v. Daniel Alan Bismark-Pettit (a/k/a Daniel Alan Bismark) d/b/a Tradingpoststore.com, United States District Court for the Northern District of California, San Francisco Division, Case No. 3:16-cv-04939

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Karen C. Kline, Esq., KCKline@duanemorris.com, Duane Morris, LLP, 5100 Town Center Circle, Suite 650 Boca Raton, Florida 33486.

Respectfully submitted,

*/s/ Tyler A. Hayden*
E. COLIN THOMPSON
Florida Bar No.: 0684929
colint@smolkerbartlett.com
oliviap@smolkerbartlett.com
TYLER A. HAYDEN
Florida Bar No.: 95205
TylerH@smolkerbartlett.com
Amandad@smolkerbartlett.com
JON P. TASSO
Florida Bar No.: 120510
jont@smolkerbartlett.com
susanm@smolkerbartlett.com
SMOLKER, BARTLETT, LOEB,
HINDS & SHEPPARD, P.A.
100 N. Tampa Street, Suite 2050
Tampa, Florida 33602
***Attorneys for Defendant***