**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHAEL GRECCO PRODUCTIONS, INC.,**

    **Plaintiff,**                        of Case No.: 8:16-cv-03434-MSS-AEP

v.

**DAN DASILVA,**

    **Defendant.**
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   **Vance Softwares, LLC**
   **c/o Dan Dasilva**
   **c/o Tyler Hayden, Esq.**
   **Smolker, Bartlett, Loeb, Hinds & Sheppard, P.A.**
   **100 N. Tampa Street, Suite 2050**
   **Tampa, Florida 33602**
   **(813) 223-3888**

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **N/A**

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **N/A**

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **N/A**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 8, 2017**, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF System which will send a notice of electronic filing to: **Karen C. Kline, Esq.**, KCKline@duanemorris.com, and **Steven M. Cowley, Esq.**, SMCowley@duanemorris.com, Duane Morris, LLP, 5100 Town Center Circle, Suite 650 Boca Raton, Florida 33486, *attorneys for the Plaintiff*.

Respectfully submitted,
*/s/ Tyler A. Hayden*
E. COLIN THOMPSON
Florida Bar No.: 0684929
colint@smolkerbartlett.com
oliviap@smolkerbartlett.com
TYLER A. HAYDEN
Florida Bar No.: 95205
TylerH@smolkerbartlett.com
Amandad@smolkerbartlett.com
JON P. TASSO
Florida Bar No.: 120510
jont@smolkerbartlett.com
susanm@smolkerbartlett.com
SMOLKER, BARTLETT, LOEB,
HINDS & SHEPPARD, P.A.
100 N. Tampa Street, Suite 2050
Tampa, Florida 33602
***Attorneys for Defendant***