# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiff,

v.

Case No. 3:16-cv-03434-MSS-AEP

DAN DASILVA,

    Defendant.

## JOINT NOTICE CONCERNING SELECTION OF MEDIATOR

Pursuant to the Court's Case Management and Scheduling Order dated April 24, 2017 (D.E. 20), counsel for Plaintiff Michael Grecco Productions, Inc. and counsel for Defendant Dan DaSilva have conferred and agreed upon James M. Matulis of Matulis Law & Mediation as the mediator in this matter. The parties are working together to coordinate a mutually convenient date and location for the mediation that will take place no later than October 13, 2017.

Respectfully submitted this 15th day of May, 2017 by:

| DUANE MORRIS LLP | SMOLKER, BARTLETT, LOEB, HINDS & SHEPPARD, P.A. |
|---|---|
| /s/ Karen C. Kline | /s/ Tyler A. Hayden |
| Karen C. Kline | Tyler A. Hayden, Esq. |
| Florida Bar No. 059998 | Florida Bar No. 95205 |
| 5100 Town Center Circle, Suite 650 | 100 N. Tampa Street, Suite 2050 |
| Boca Raton, FL 33486-9000 | Tampa, Florida 33602 |
| Telephone: (561) 962-2132 | Telephone: (813) 223-3888 |
| Facsimile: (305) 397 2248 | Facsimile: (813) 228-6422 |
| Email: KCKline@duanemorris.com | Email: TylerH@smolkerbartlett.com |

Steven M. Cowley                                          *Attorneys for Defendant Dan DaSilva*
(*pro hac vice*)
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: (857) 488-4261
Facsimile: (857) 401-3090
Email: SWCowley@duanemorris.com

*Attorneys for Plaintiff Michael Grecco Productions, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 15, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF thereby notifying all counsel of record.

                                                                                    /s/ Karen C. Kline
                                                                                    Karen C. Kline