IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiff,

v.

DAN DASILVA,

    Defendants.

Case No.: 8:16-cv-03434-MSS-AEP

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Michael Grecco Productions, Inc. ("Grecco") and Defendant Dan DaSilva ("DaSilva") hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of the above-captioned action with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: June 8, 2017

| DUANE MORRIS LLP | SMOLKER, BARTLETT, LOEB, HINDS & SHEPPARD, P.A. |
|---|---|
| s/Karen C. Kline | s/Tyler A. Hayden |
| Karen C. Kline | Tyler A. Hayden, Esq. |
| Florida Bar No. 059998 | Florida Bar No. 95205 |
| 5100 Town Center Circle, Suite 650 | 100 N. Tampa Street, Suite 2050 |
| Boca Raton, FL 33486-9000 | Tampa, Florida 33602 |
| Telephone: (561) 962-2132 | Telephone: (813) 223-3888 |
| Facsimile: (305) 397 2248 | Facsimile: (813) 228-6422 |
| Email: KCKline@duanemorris.com | Email: TylerH@smolkerbartlett.com |
| | |
| Steven M. Cowley (*pro hac vice*) | *Attorneys for Defendant Dan DaSilva* |
| 100 High Street, Suite 2400 | |
| Boston, MA 02110-1724 | |
| Telephone: (857) 488-4261 | |

Facsimile: (857) 401-3090
Email: SMCowley@duanemorris.com

*Attorneys for Plaintiff Michael Grecco Productions, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF thereby notifying all counsel of record.

/s/ Karen C. Kline
Karen C. Kline